No. 92–1639. CITY OF CHICAGO ET AL. *v.* ENVIRONMENTAL DEFENSE FUND ET AL. C. A. 7th Cir. [Certiorari granted, *ante,* p. 903.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 92–6281. HAGEN *v.* UTAH. Sup. Ct. Utah. [Certiorari granted, 507 U. S. 1028.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Council of State Governments et al. for leave to file a brief as *amici curiae* granted.

No. 92–8579. ELDER *v.* HOLLOWAY ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 921.] Motion of American Bar Association for leave to file a brief as *amicus curiae* granted.

SEPTEMBER 28, 1993

No. 93–44. TURNER BROADCASTING SYSTEM, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. Appeal from D. C. D. C. Probable jurisdiction noted. Brief of appellants is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, November 9, 1993. Briefs of appellees are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 7, 1993. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, December 21, 1993. This Court's Rule 29 does not apply.